UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
CHRISTOPHER D. GRIFFITH and
DAVID SPECIALE, on behalf of
themselves and all others similarly
situated,

        Case No: 12-cv-1117 (PAC)

        Plaintiffs,

   v.

FORDHAM FINANCIAL
MANAGEMENT, INC. and WILLIAM
BAQUET,

        Defendants.
-------------------------------------------------------x

## NOTICE OF PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION OF FLSA COLLECTIVE ACTION AND FOR COURT FACILITATION OF NOTICE

      PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, supporting declarations, and annexed materials, Plaintiffs, on behalf of themselves and all others similarly situated, by their undersigned attorneys, shall move the Court before the Honorable Paul A. Crotty, United States District Court, Southern District of New York, 500 Pearl Street, New York, NY 10007, on such day and time as counsel may be heard, to conditionally certify this action as a representative collective action pursuant to 29 U.S.C. § 216(b), to facilitate notice to putative collective members, to order the production of the collective members' contact information, and to order the posting of the notice.

Dated: New York, New York
      December 14, 2012

Respectfully submitted,

 /s/ Michael D. Palmer
Michael D. Palmer
Matthew D. Kadushin
Charles Joseph
JOSEPH & KIRSCHENBAUM LLP
233 Broadway, 5th Floor
New York, NY 10279
(212) 688-5640
(212) 688-2548 (fax)

*Attorneys for Plaintiffs, putative collective action members and putative class*