UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHRISTOPHER D. GRIFFITH and DAVID  : Civil Action No. 12 civ 1117
SPECIALE et al., :
:
                     Plaintiffs, :
:
      - against - :
:
FORDHAM FINANCIAL MANAGEMENT, INC. :
And WILLIAM BAQUET, :
:
                    Defendants. :
------------------------------------------------------------X

**NOTICE OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND TO DECERTIFY THE 29 USC § 216 FLSA COLLECTIVE ACTION CLASS**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, supporting declarations, and annexed materials, defendants, by their undersigned attorneys, Schrader & Schoenberg, LLP, shall move the Court before the Honorable Paul A. Crotty, United States District Court, Southern District of New York, 500 Pearl Street, New York, New York 10007, on such day and time as counsel may be heard, for summary judgment and to decertify the 29 USC § 216 FLSA collective action class.

Dated: New York, New York
       July 13, 2015                      Respectfully submitted,

                                            SCHRADER & SCHOENBERG, LLP
                                            Attorneys for Defendants

                             By:_____
                                         David A. Schrader, Esq. (DS-1765)
                                         711 Third Avenue, Suite 1803
                                         New York, New York 10017
                                         (212) 986-4888