UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
CHRISTOPHER D. GRIFFITH and DAVID
SPECIALE, on behalf of themselves and all      Index No: 12-cv-1117 (PAC)
others similarly situated,

              Plaintiffs,

v.

FORDHAM FINANCIAL MANAGEMENT,
INC. and WILLIAM BAQUET,

              Defendants.
-----------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-16-16

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED that this action has been discontinued and is hereby dismissed without prejudice. It is further stipulated that statute of limitations of the Fair Labor Standards Act and New York Labor Law claims of Christopher Griffith, David Speciale, Alonzo Adams, Paul Calabrese, Mack Miller, and Ricardo Francois against the Defendants shall be tolled for two weeks following the dismissal of this action.

DATED: 2/12, 2016

By: _____
D. Maimon Kirschenbaum
Denise A. Schulman
JOSEPH & KIRSCHENBAUM LLP
32 Broadway, Suite 601
New York, NY 10004
(212) 688-5640

*Attorneys for Plaintiffs*

DATED: 2/12, 2016

By: _____
David Schrader
MORITT HOCK & HAMROFF, LLP
450 Seventh Ave., Suite 1504
New York, New York 10123
(212) 239-2000

*Attorneys for Defendants*

SO ORDERED:

_____ 2-16-16
HON. PAUL A. CROTTY, U.S.D.J.